# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA WALLS,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| ERIC CHEVALIER,<br>ATLAS LEASING COMPANY, and<br>TAK TRUCKING INC.,<br>　　　　Defendants. | NO. 17-3926 |

## O R D E R

**AND NOW**, this 31st day of May, 2018, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

BY THE COURT:

/s/ Jan E. DuBois
DuBOIS, JAN E., J.